WILLIAM TEMAN et al., Doing Business under the Name of TEMAN BROS., Respondents, v. HENRY KAHN, Appellant.

Supreme Court, Appellate Term, Second Department, January 12, 1943.

*I. William Reisman* for appellant.

*Nathan Newman* for respondents.

*Per Curiam.* Order unanimously reversed upon the law, with ten dollars costs to the defendant, and motion granted with ten dollars costs.

Plaintiffs may not resort to sections 36-a and 36-b of the Lien Law as a source of their right to maintain an action in conversion based on the claim that funds received by the contractor on account of a private improvement are trust funds. (*Raymond Concrete Pile Co.* v. *Federation Bank,* 288 N. Y. 452.)

No opinion.

Present — MacCrate, McCooey & Steinbrink, JJ.